```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                        AT DANVILLE, VA
                                                            FILED
                                                       for Roanoke
         IN THE UNITED STATES DISTRICT COURT            NOV 17 2006
        FOR THE WESTERN DISTRICT OF VIRGINIA
                  ROANOKE DIVISION                   JOHN F. CORCORAN, CLERK
                                                     BY:  M. Hyp
                                                           DEPUTY CLERK
```

| | |
|---|---|
| WAYNE R. MYERS,      ) | |
|     Plaintiff,     ) | Civil Action No. 7:06-cv-00660 |
|                     ) | |
| v.     ) | **FINAL ORDER** |
|      ) | |
| MIDDLE RIVER REGIONAL      ) | |
| JAIL, et al.,     ) | By: Hon. Jackson L. Kiser |
|     Defendant(s)     ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). All pending motions are hereby **DENIED as MOOT,** and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 17th day of November, 2006.

                                                          /s/ Jackson L. Kiser
                                                          Senior United States District Judge